**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GALAXY INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | Civil Action No. 2:26-2382 |
| | ) | |
| US LOGISTICS LLC, et al., | ) | |
| | ) | |
| Defendants. | | |

**MEMORANDUM ORDER**

On November 4, 2026, Plaintiff Galaxy International, Inc. filed a Complaint, predicating subject matter jurisdiction on diversity of citizenship. (Compl. ¶ 8.) Plaintiff asserts that it is "is a Pennsylvania corporation with a registered office located at 9103 Marshall Road, Suite A, Cranberry Township, Pennsylvania 16066." (*Id.* ¶ 1.) Defendant US Logistics LLC is alleged to be "an Ohio limited liability company with a registered office located at 3958 Brown Park Drive, Suite D, Hilliard, Ohio 43026 and a principal place of business located at 901 Adams Crossing, Cincinnati, Ohio 45202." (*Id.* ¶ 3.) Defendant DNP Freight LLC is alleged to be "a Washington limited liability company with a registered office and a principal place of business located at 1116 E. 7th Avenue, Kennewick, Washington 99336." (*Id.* ¶ 4.) Defendant Bridgeway Connects, Inc. is alleged to be "a Delaware corporation with a registered office located at 251 Little Falls Drive, Wilmington, Delaware 19808." (*Id.* ¶ 5.)

As the Court of Appeals has held, however, "the citizenship of an LLC is determined by the citizenship of its members." *Zambelli Fireworks Mfg. Co., Inc. v. Wood*, 592 F.3d 412, 419-20 (3d Cir. 2010). Further, where one of the members of the LLC named in the complaint is also an LLC, the citizenship of that LLC's members must also be traced to determine the citizenship of the LLC named in the complaint. *Id.* at 420 (citation omitted). The Complaint fails to identify or

allege the citizenship of the members of Defendants US Logistics LLC and DNP Freight LLC. Therefore, Plaintiff has failed to establish this Court's subject matter jurisdiction over this action.

AND NOW, this 16th day of November, 2026,

IT IS HEREBY ORDERED that Plaintiff shall file within fourteen (14) days of this Order an amended Complaint that sets forth sufficient factual allegations to establish diversity of citizenship among the parties. Failure to comply with this Order may result in dismissal of the action without further notice.

In accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(A), and Rule 72.C.2 of the Local Rules of Court, the parties are allowed fourteen (14) days from the date of issuance of this Order to file an appeal to the District Judge, which includes the basis for objection to this Order. Any party opposing the appeal shall have fourteen (14) days from the date of service of the notice of appeal to respond thereto. Failure to file a timely notice of appeal may constitute a waiver of any appellate rights.

/s/Patricia L. Dodge
PATRICIA L. DODGE
Chief United States Magistrate Judge